IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01756-REB-MEH

TEXTILE NETWORK, INC.,

    Plaintiff,

v.

CALIFORNIA WEBBING MILLS, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2015**.

    The Joint Motion for Entry of Stipulated Protective Order [filed December 17, 2015; docket #32] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.