**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01756-REB-MEH

TEXTILE NETWORK, INC., a Colorado corporation,

    Plaintiff,

v.

CALIFORNIA WEBBING MILLS, INC., a California corporation,

    Defendant.

## ORDER DISMISSING CLAIMS

**Blackburn, J.**

The matter is before me on the parties' **Stipulation of Dismissal without Prejudice** [#38][1] filed March 4, 2016.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that the claims of the plaintiff as asserted in its **Complaint** [#1] filed August 13, 2015, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal without Prejudice** is approved;

2. That the claims of the plaintiff as asserted in its **Complaint** [#1] filed August 13, 2015, against the defendant are dismissed without prejudice; and

3. That the counterclaims and affirmative defenses of California Webbing Mills,

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Inc., as asserted in its **Answer, Affirmative Defenses, and Counterclaims** [#9] filed October 23, 2015, remain pending for independent adjudication.

Dated March 7, 2016, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge